1

2                                                                    O

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  WILLIS R. BROWN,                    ) NO. CV 09-7675-CAS (MAN)
                                        )
12                  Petitioner,         )
                                        )
13       v.                             ) ORDER ADOPTING FINDINGS,
                                        )
14  SWARTHOUT,                          ) CONCLUSIONS, AND RECOMMENDATIONS
                                        )
15                  Respondent.         ) OF UNITED STATES MAGISTRATE JUDGE
    _____)

16

17

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition

19  for Writ of Habeas Corpus, all of the records herein, the Report and

20  Recommendation of United States Magistrate Judge, and Petitioner's

21  Objections.  The Court has conducted a *de novo* review of those matters

22  to which objections have been stated in writing.  Having completed its

23  review, the Court accepts and adopts the Magistrate Judge's Report and

24  Recommendation, and the findings of fact, conclusions of law, and

25  recommendations therein.

26

27       IT IS ORDERED that Respondent's motion to dismiss is granted, and

28  Judgment shall be entered dismissing this action as follows:   Grounds

Two and Three of the Petition are dismissed with prejudice; and Grounds One, Four, and Five of the Petition are dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   <u>August 3, 2010</u>

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

2