JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIS R. BROWN, | ) NO. CV 09-7675-CAS (MAN) |
|         Petitioner, | ) |
|   v. | ) JUDGMENT |
| SWARTHOUT, | ) |
|         Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed as follows: Grounds Two and Three of the Petition are dismissed with prejudice; and Grounds One, Four, and Five of the Petition are dismissed without prejudice.

DATED: August 3, 2010.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE